Jordanna G. Thigpen (SBN 232642)
**THIGPEN LEGAL. P.C.**
9465 Wilshire Blvd. Suite 300
Beverly Hills, CA 90212
Tel: (310) 210-7491
Fax: (310) 362-0456
Email: jt@thigpenlegal.com

Benjamin C.R. Lockyer (*pro hac vice*)
**LOCKYER LAW LLC**
6515 W. Archer Ave.
Chicago, IL 60638
Tel: (773) 340-0011
Email: ben@lockyerlaw.com

*Attorneys for Plaintiffs Shemar DaCosta, Pholoso MofoKeng, Miles Jackson-Lea, Olakunle Olatunji, R.M,, M.A., D.P., K.S., All minor children, each through their parents as guardians*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child each through their parents as guardians ad litem.

Plaintiff,

v.

YEEZY, LLC, a limited liability corporation; YE FKA KANYE WEST, an individual; MILO YIANNOPOULOS, an individual,

Defendants.

Case No. 24-cv-05547-PA-E

**DECLARATION OF BENJAMIN LOCKYER ON OCTOBER 22, 2024 RULE TO SHOW CAUSE**

1. I, Benjamin Lockyer, of the City of Chicago, am over the age of 18 and declare as follows under the penalty of perjury:

2. This Declaration is submitted in response to the Court's Order dated October 22, 2024, requiring Plaintiffs to show cause why this matter should not be dismissed for failure to serve Defendants Ye and Milo Yiannopoulos. I make this Declaration in support of Plaintiffs' request for additional time to effectuate service through traditional means or, if necessary, to pursue alternative service methods, including service via the Hague International Treaty or publication. To the extent that the Court requests any additional evidence or affidavits regarding anything referenced in this declaration, I am willing to provide any necessary documentation that is reasonably available.

3. As the Court may be aware, Defendants Ye (formerly known as Kanye West) and Milo Yiannopoulos are both high-profile public figures with unpredictable travel schedules. Since the filing of this lawsuit, we have encountered significant difficulty in locating and serving these Defendants due to their international travel and lack of fixed residence.

4. Since filing the lawsuit, Plaintiffs have engaged in substantial efforts to locate and serve Defendants Ye and Yiannopoulos, including the engagement of private investigators and process servers who have attempted service at various locations. Based on information available to Plaintiffs, Defendant Ye has maintained a consistent travel schedule through Europe and East Asia. (Exhibit 1)

5. Despite Plaintiffs' service of Defendant Yeezy, Defendants have not responded. On September 23, 2024, Defendant Yeezy, LLC was served with a waiver of service for Defendants Ye and Yiannopoulos. To date, Plaintiffs'

counsel has not received any communication from the Defendants or their representatives regarding acceptance of service.

6. Plaintiffs' counsel attempted to contact Defendant Ye's last known attorney, Brian Brumfield, via the phone number listed for his office. However, no response has been received, and we are unaware of any other counsel currently representing Defendant Ye in any federal court matters.

7. Plaintiffs have made multiple attempts to serve Defendant Yiannopoulos, who is aware of this lawsuit. Evidence of his awareness includes social media posts and communications discussing the case. On October 4, 2024, I personally sent a text message to Defendant Yiannopoulos inquiring whether he would accept service via email but received no response.

8. On October 14, 2024, Plaintiffs received information regarding a possible address for Defendant Yiannopoulos. Plaintiffs promptly hired a process server, who attempted service multiple times from October 15, 2024 to October 23, 2024, and was informed that Defendant Yiannopoulos was no longer residing at the provided address on October 23, 2024. (Exhibit 2)

9. On the evening of October 28, 2024, Plaintiffs arranged for an individual over the age of 18 and not a party to this lawsuit to attempt service on Defendant Yiannopoulos at a speaking engagement at Penn State University. Due to security and ongoing protests regarding the event, the process server was unable to complete service. Details of this attempt can be provided in an affidavit.

10. Plaintiffs have made substantial efforts to serve Defendants Ye and Yiannopoulos through traditional means and request additional time to either

continue these efforts or attempt service through alternative methods. Plaintiffs' diligent efforts, including the use of process servers, private investigators, and inquiries with representatives, demonstrate an active prosecution of this matter and a commitment to resolve procedural hurdles in order to move forward on the merits of the case.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2024, at Chicago, Illinois.

Respectfully submitted,

DATED: October 29, 2024

**LOCKYER LAW LLC**

By:______________________________

BENJAMIN C.R. LOCKYER
Attorney for Plaintiffs

DATED: October 29, 2024

**THIGPEN LEGAL, P.C.**
A Professional Law Corporation

By:______________________________

JORDANNA G. THIGPEN
Attorney for Plaintiffs