# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child, each through their parents as Court appointed guardians ad litem,<br><br>Plaintiffs,<br>vs.<br><br>YEEZY LLC, a limited liability corporation; YE FKA KANYE WEST, an individual; MILO YIANNOPOULOS, an individual,<br><br>Defendants. | Case No.: 2:24-cv-05547-MWC-E<br><br>**ORDER SETTING ASIDE DEFAULT OF DEFENDANT YEEZY LLC (DKT. 40)** |

# ORDER

The Court having received and considered the Stipulation to Set Aside Default of Defendant Yeezy LLC, filed by Plaintiffs SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child, each through their parents as Court appointed guardians ad litem (collectively, "Plaintiffs") and Defendant YEEZY LLC ("Defendant") (collectively with Plaintiffs, the "Parties"), and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Default entered against Defendant Yeezy LLC is set aside.
2. The case is submitted for referral to the Central District of California's ADR procedures, specifically Procedure No. 2 as contemplated by Local Rule 16-15.4.
3. The hearing on Plaintiffs' Motion for Default Judgment (Dkt. 36) currently scheduled for January 17, 2025 is vacated.
4. The time for Defendant Yeezy LLC to respond to the complaint is hereby extended to February 13, 2025.

Dated: January 15, 2025

_____
Hon. Michelle Williams Court
United States District Judge