**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child each through their parents as guardians ad litem.<br><br>Plaintiff,<br><br>v.<br><br>YEEZY, LLC, a limited liability corporation; YE FKA KANYE WEST, an individual; MILO YIANNOPOULOS, an individual,<br><br>Defendants. | Case No. 2:24-cv-05547-MWC-E<br><br>**ORDER TO REFILE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS ON THE PUBLIC DOCKET (DKT. 58)** |

On February 20, 2026, pursuant to Defendant's application to seal (Dkt. # 59), the Court granted leave for seven exhibits supporting Defendant's motion for summary judgment (Dkt. # 58) to be filed on the public docket in redacted form, and for the clerk of court to maintain the unredacted documents under seal:

- Exhibit 24 (Dkt. # 58-31),

- Exhibit 27 (Dkt. # 58-34),
- Exhibit 28 (Dkt. # 58-35),
- Exhibit 29 (Dkt. # 58-36),
- Exhibit 30 (Dkt. # 58-37),
- Exhibit 31 (Dkt. # 58-38), and
- Exhibit 32 (Dkt. # 58-39).

Dkt. # 60.  However, at this time, all documents filed in connection with the summary judgment motion remain under seal.

"In a non-sealed civil case, no document may be filed under seal without prior approval by the Court."  C.D. Cal. L.R. 79-5.2.2; *see also Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (recognizing a strong presumption in favor of the public's right of access).  Accordingly, on its own motion, the Court **ORDERS** Defendant to refile on the public docket forthwith, unsealed, all papers filed in connection with the Motion for Summary Judgment (Dkt. # 58) except the aforementioned seven exhibits for which the Court has found good cause and compelling reasons to seal (*see* Dkt. # 60).

**IT IS SO ORDERED.**

Date: March 24, 2026

_____
Hon. Michelle Williams Court
United States District Court

2
ORDER