**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child, each through their parents as Court appointed guardians ad litem<br><br>Plaintiffs,<br><br>v.<br><br>YEEZY, LLC, a limited liability corporation; YE FKA KANYE WEST, an individual; MILO YIANNOPOULOS, an individual,<br><br>Defendants. | Case No. 24-cv-05547-MWC-E<br><br>**ORDER SETTING FOR HEARING PLAINTIFFS' EX PARTE APPLICATION TO PERMIT TESTIMONY VIA CONTEMPORANEOUS TRANSMISSION (DKT. 99)** |

ORDER

On May 30, 2026, Plaintiffs SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual; MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual; and minor children plaintiffs R.M., M.A., D.P., and K.S., each through their respective parents Marie Morgan, Zalan Antal, Nicolitsa Pitsos, and Nidal Sharaan (as Court-appointed *guardians ad litem*; collectively, "Plaintiffs") filed an *ex parte* Application for an Order permitting the following three Party Witnesses to testify remotely at trial via contemporaneous video transmission using Zoom or another Court-approved platform pursuant to Federal Rule of Civil Procedure 43(a):

1.    Olakunle Olatunji (Nigeria resident)

2.    R.M., a minor (U.K. resident)

3.    Miles Jackson-Lea (U.K. resident).

Dkt. # 99 ("*App.*").

The Court, on its own motion, sets the Application for hearing on **June 26, 2026**, at 1:30 p.m. in Courtroom 6A, to be heard as Plaintiff's fifth and final motion in limine at the Final Pretrial Conference.

**IT IS SO ORDERED.**

Dated: June 1, 2026

_____
Hon. Michelle Williams Court
United States District Court Judge

1

ORDER