Jordanna G. Thigpen (SBN 232642)
**THIGPEN LEGAL, P.C.**
9465 Wilshire Blvd. Suite 300
Beverly Hills, CA 90212
Tel: (310) 210-7491
Fax: (310) 362-0456
Email: jt@thigpenlegal.com

Benjamin C.R. Lockyer (*Pro Hac Vice*)
**LOCKYER LAW LLC**
6515 W. Archer Ave.
Chicago, IL 60638
Tel: (773) 340-0011
Email: ben@lockyerlaw.com

*Attorneys for Plaintiffs Shemar DaCosta,
Pholoso MofoKeng, Miles Jackson-Lea,
Olakunle Olatunji,  R.M., a minor child,
M.A., a minor child, D.P., a minor child,
and K.S., a minor child, each through their parents
as Court appointed guardians ad litem*

*Defendant's Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child, each through their parents as Court appointed guardians ad litem<br><br>Plaintiff,<br><br>v.<br><br>YEEZY, LLC, a limited liability corporation; YE FKA KANYE WEST, an individual; MILO YIANNOPOULOS, an individual,<br><br>Defendants. | Case No. 24-cv-05547-MWC-E<br><br>**UPDATED JOINT STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR EXTENSION OF ROUND 2 TRIAL FILINGS DEADLINE**<br><br>**FSC Date: June 26, 2026**<br>**Time: 1:30 P.M.**<br>**Place: First Street U.S. Courthouse, Los Angeles Courtroom 6A, 6th Floor**<br>**Judge: Hon. Michelle Williams Court**<br><br>**Discovery Cutoff: January 9, 2026**<br>**Trial Date: July 6, 2026** |

---

## UPDATED JOINT STATUS REPORT REGARDING SETTLEMENT

**TO THE HONORABLE COURT:**

Pursuant to the Order of the Court (Civil Trial Order, Dkt. 49) the Parties, by and through their respective counsel of record, do hereby submit the following **Updated** Joint Status Report Regarding Settlement:

On March 30, 2026, the Parties attended a mediation with Phyllis Cheng, Esq., of ADR Services, Inc. The Parties did not settle the matter at that time.

Counsel has communicated among themselves, and Ms. Cheng diligently and graciously continued to attempt to assist the Parties in reaching a resolution, which the Parties are very grateful for.

The Parties have now come to a tentative agreement and resolution of this matter and they are currently working on a long form settlement agreement and finalizing its terms. Accordingly, the Parties request an extension of their deadline for making Round 2 Trial Filings to **June 22, 2026**, and they have submitted a proposed order to the Court in accordance with this request.

DATED:  June 12, 2026  /s/ *Benjamin C.R. Lockyer*
            Benjamin C.R. Lockyer (*Pro Hac Vice*)
            **Lockyer Law LLC**
            6515 W. Archer Ave.
            Chicago, Illinois 60638
            ben@lockyerlaw.com
            (773) 340-0011

DATED:  June 12, 2026  /s/ *Jordanna G. Thigpen*
            Jordanna G. Thigpen
            **THIGPEN LEGAL, P.C.**
            9465 Wilshire Blvd., Suite 300
            Beverly Hills, CA 90212
            (310) 210-7491
            jt@thigpenlegal.com

            *Attorneys for Plaintiffs*

**UPDATED** JOINT STATUS REPORT REGARDING SETTLEMENT

Dated:  June 12, 2026                                      **MARTORELL LAW APC**


                                                          */s/ Eduardo Martorell*
                                                          Eduardo Martorell
                                                          Christopher A. Rosario
                                                          Evan Miller


                                                          *Attorneys for Defendant,*
                                                          *Yeezy LLC*



### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)

I, Jordanna G. Thigpen, am the ECF User whose identification and password are being used to file this **JOINT STATUS REPORT REGARDING SETTLEMENT.**


In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories concur in filing this document.


DATED:  June 12, 2026                                     */s/    Jordanna G. Thigpen*
                                                          Jordanna G. Thigpen

**UPDATED** JOINT STATUS REPORT REGARDING SETTLEMENT