# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child, each through their parents as Court appointed guardians ad litem

Plaintiffs,

v.

YEEZY, LLC, a limited liability corporation; YE FKA KANYE WEST, an individual; MILO YIANNOPOULOS, an individual,

Defendants.

Case No. 24-cv-05547-MWC-E

**ORDER RE: UPDATED JOINT STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR EXTENSION OF ROUND 2 TRIAL FILINGS DEADLINE (DKT. 114)**

On June 12, 2026, Plaintiffs SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual; MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual; and minor children plaintiffs R.M., M.A., D.P., and K.S., each through their respective parents Marie Morgan, Zalan Antal, Nicolitsa Pitsos, and Nidal Sharaan (as Court-appointed *guardians ad litem*; all collectively, Plaintiffs), and Defendant Yeezy, LLC, with Plaintiffs, the "Parties"), filed a joint request for an Order extending the deadline for Round 2 Trial Filings.  Dkt. # 114.

For good cause shown, the Parties' Request is **GRANTED**.  The Parties' deadline to file the Round 2 Trial Filings, previously set for June 12, 2026, is extended to **June 22, 2026**, given the Parties' representation in their Updated Joint Status Report Regarding Settlement that they are finalizing a settlement.

**IT IS SO ORDERED.**

DATED: June 12, 2026          BY:_____

                                       HON. MICHELLE WILLIAMS COURT
                                       UNITED STATES DISTRICT COURT JUDGE

1

ORDER