# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual, MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual, R.M., a minor child, M.A., a minor child, D.P., a minor child, and K.S., a minor child, each through their parents as Court appointed guardians ad litem <br><br> Plaintiffs, <br><br> v. <br><br> YEEZY, LLC, a limited liability corporation; YE FKA KANYE WEST, an individual; MILO YIANNOPOULOS, an individual, <br><br> Defendants. | Case No. 2:24-cv-05547-MWC-E <br><br> **ORDER RE: SECOND JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL EXTENSION OF TRIAL FILINGS DEADLINE (DKT. [117])** |

On June 22, 2026, the Request of Plaintiffs SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual; MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual; and minor children plaintiffs R.M., M.A., D.P., and K.S., each through their respective parents Marie Morgan, Zalan Antal, Nicolitsa Pitsos, and Nidal Sharaan (as Court-appointed *guardians ad litem*; all collectively, Plaintiffs), and Defendant Yeezy, LLC (with Plaintiffs, the "Parties"), for an Order extending the deadline for Round 2 Trial Filings, was considered by the Court.

The Parties' Request is **GRANTED**.

The Parties' deadline to file the Round 2 Trial Filings, previously set for June 22, 2026, is extended to **June 24, 2026**, given the Parties' representation in their Second Joint Status Report Regarding Settlement that they are finalizing a settlement.

**IT IS SO ORDERED.**

DATED: June 23, 2026          BY: _____
                              Hon. Michelle Williams Court
                              United States District Court Judge

1

ORDER RE: JOINT REQUEST FOR EXTENSION OF ROUND 2 TRIAL FILINGS DEADLINE