

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHEMAR DACOSTA, an individual;
PHOLOSO MOFOKENG, an individual,
MILES JACKSON-LEA, an individual,
OLAKUNLE OLATUNJI, an individual,
R.M., a minor child, M.A., a minor child,
D.P., a minor child, and K.S., a minor
child, each through their parents as Court
appointed guardians ad litem

Plaintiffs,

v.

YEEZY, LLC, a limited liability
corporation; YE FKA KANYE WEST,
an individual; MILO YIANNOPOULOS,
an individual,

Defendants.

Case No. 24-cv-05547-MWC-E

**ORDER RE THIRD JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR SPECIAL HEARING DATE FOR PETITION FOR MINOR'S COMPROMISE (DKT. [120])**

The Court has read and considered the Third Status Report re: Settlement and Request for Special Hearing Date for Petition for Minor's Compromise (Dkt. 120) filed by Plaintiffs SHEMAR DACOSTA, an individual; PHOLOSO MOFOKENG, an individual; MILES JACKSON-LEA, an individual, OLAKUNLE OLATUNJI, an individual; and minor children plaintiffs R.M., M.A., D.P., and K.S., each through their respective parents Marie Morgan, Zalan Antal, Nicolitsa Pitsos, and Nidal

1

ORDER

Sharaan (as Court-appointed *guardians ad litem*; all collectively, Plaintiffs), and Defendant Yeezy, LLC (with Plaintiffs, the "Parties") on June 25, 2026.

Based on the Parties' representation that they are circulating a settlement agreement for execution, the Court hereby **ORDERS** as follows:

1. All pending dates in this matter, including trial, are **VACATED**.

2. On or before July 2, 2026, the Parties shall fully execute their Settlement Agreement.

3. On or before July 2, 2026, Plaintiffs shall file the Petition for Minor's Compromise, which shall be prepared by Plaintiffs and approved as to form and content by Defendant, pursuant to the Parties' agreement.

4. Regarding the request for a hearing date on the Petition for Minor's Compromise, the Court hears civil motions on Fridays at 1:30 p.m.  The minors' appearance will not be required, but the guardians ad litem are **ORDERED** to appear at the hearing and be prepared to testify.  Additionally, the Court need not approve the claims of any minors who reached the age of majority at the time the case settled.

5. Plaintiffs are thus **ORDERED** to set the Petition for Minor's Compromise for hearing on either July 10, July 17, or July 24, 2026, at 1:30 p.m. in Courtroom 6A, taking into consideration the requirement for the guardians ad litem to appear.  This order is made without prejudice to Plaintiffs filing requests for remote appearance, if needed, that comply with the Court's procedures stated on its website.

**IT IS SO ORDERED.**

DATED: June 26, 2026          BY:_____

Hon. Michelle Williams Court
United States District Court Judge

ORDER