**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHEMAR DACOSTA, *et al.*,

Plaintiffs,

v.

YEEZY, LLC, *a limited liability corporation*,

Defendant.

Case No. 2:24-cv-05547-MWC-E

**ORDER TO REFILE JUDICIAL COUNCIL FORMS IN CONNECTION WITH PETITION FOR APPROVAL OF MINOR'S COMPROMISE (DKT. [131])**

On August 8, 2026, Plaintiffs filed a Petition for Approval of Minor's Compromise and Associated Documents ("Petition"). Dkt. # 131. Plaintiffs filed the Petition and all associated documents, including Judicial Council Forms, in a single docket entry as one unified PDF file. *See id.*

On its own motion, the Court **ORDERS** Plaintiffs to refile each Judicial Council Form filed in connection with the Petition as a separate docket entry and permits *ex ante* the partial sealing of these documents consistent with the Court's prior Order Granting Unopposed Application of Plaintiffs to Partially File Petitions for Approval of Minor's Compromise Under Seal (Dkt. # 129).

**IT IS SO ORDERED.**

DATED: August 26, 2026

Honorable Michelle Wiliams Court
United States District Judge