**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHEMAR DACOSTA, *et al.*,

Plaintiffs,

v.

YEEZY, LLC, *a limited liability corporation*,

Defendant.

Case No. 2:24-cv-05547-MWC-E

**ORDER GRANTING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE AT HEARING ON MINOR'S COMPROMISE (DKT. [134])**

The Court, having reviewed Defendant's Request for Leave of Eduardo Martorell to Appear for Remote Attendance at the August 28, 2026, Hearing on Plaintiffs' Unopposed Petition for Approval of Minors' Compromise ("Request") (Dkt. # 134), and finding good cause, hereby **GRANTS** the request and permits Defendant's Counsel to appear remotely at the August 28, 2026, Hearing.

**IT IS SO ORDERED.**

DATED: August 27, 2026

Honorable Michelle Wiliams Court
United States District Judge