UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHEMAR DACOSTA, *an individual*; PHOLOSO MOFOKENG, *an individual*, MILES JACKSON-LEA, *an individual*, OLAKUNLE OLATUNJI, *an individual*, R.M., *a minor child*, M.A., *a minor child*, D.P., *a minor child*, and K.S., *a minor child, each through their parents as Court appointed guardians ad litem*,

Plaintiffs,

v.

YEEZY, LLC, *a limited liability corporation*,

Defendant.

No. 2:24-cv-05547-MWC-E

**ORDER DENYING JOINT STIPULATION TO CONTINUE ORDER TO SHOW CAUSE (DKT. [145])**

On August 28, 2026, the Court held a hearing in which the Court granted the Petition for Approval of Minors' Compromise (Dkt. # 131) and set an Order to Show Cause hearing re Dismissal for October 2, 2026. *See* Dkt. # 144. The Court provided that virtual appearances would be permitted, and that the Order to Show Cause would "discharge automatically" if a voluntary dismissal was filed by September 25, 2026. *Id.*

No voluntary dismissal was filed, and without providing an explanation or seeking leave from the Court, counsel for Plaintiffs failed to appear at the October 2, 2026, Order to Show Cause. *See* Dkt. # 146. The Court continued the Order to Show Cause re Dismissal to November 13, 2026, and set an Order to Show Cause "why sanctions in the amount of $500 should not be imposed on Plaintiff's counsel for failure to appear, to be heard on November 13, 2026[.]" *Id.*

On October 6, 2026, Plaintiffs filed a Joint Stipulation to Continue Order to Show Cause to February 15, 2027 ("Stipulation"). Dkt. # 145. The Stipulation requested a continuance to avoid "undue administrative burden to the parties" and did not acknowledge Plaintiffs counsel's failure to appear at the prior Order to Show Cause. *Id.* at 2. For lack of good cause shown, the Court hereby **DENIES** the Stipulation.

Dated: October 8, 2026

Hon. Michelle Williams Court

United States District Judge